

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2014

No. 04-13-00338-CR

Elias Esequiel **VASQUEZ**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. 11-CRS-270
Honorable Ana Lisa Garza, Judge Presiding

# O R D E R

Appellant's brief was originally due on April 9, 2014. Appellant has been granted three extensions of time—for a total of 110 days—in which to file the brief. Our last order stated that no further extensions of time would be granted. Despite this admonition, appellant has filed a fourth motion for extension of time requesting an additional 14-day extension.

The motion is GRANTED. We ORDER appellant's attorney to file the appellant's brief **on or before August 13, 2014.** No further extensions of time will be considered. If appellant's brief is not filed by that date, we will abate this appeal to the trial court for an abandonment hearing. TEX. R. APP. P. 38.8(b)(2). Contempt proceedings may also be initiated against appellant's attorney. *Id.* 38.8(b)(4).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court